# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Criminal No. JKB-11-426** |
| : | |
| **TYRONE JOHNIKEN,** : | |
| **DEFENDANT** | |

...oooOooo...

## GOVERNMENT'S NOTICE OF PRIOR FELONY DRUG CONVICTION PURSUANT TO 21 U.S.C. § 851

Pursuant to Title 21, United States Code, Section 851, the United States of America hereby provides notice to the defendant and to the Court that the defendant, Tyrone Johniken, has been previously convicted of a felony drug offense within the meaning of Title 21, United States Code, Sections 802, 841, 846 and 851, and therefore is subject to an increased punishment in connection with the above-captioned case, pursuant to Title 21, United States Code, Sections §§ 841, 846 and 851.  Specifically, the defendant was convicted of possession with intent to distribute CDS in the Circuit Court for the City of Baltimore, based on an arrest on February 26, 2007, under tracking number 076074100314.

          Respectfully submitted,

          Rod J. Rosenstein
          United States Attorney

By:_____
    Robert R. Harding
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this sixth day of November, 2012, a copy of the foregoing Notice of Prior Felony Drug Conviction was served on defense counsel by electronic filing.

_____
Robert R. Harding
Assistant United States Attorney