**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.                                                                    **Criminal No. JKB-11-426**

TYRONE JOHNIKEN

...oooOooo...

## JURY VERDICT FORM

### I.  Count One: Racketeering Conspiracy

**A.**  Have you unanimously agreed that at least two of the overt acts named in the Second Superseding Indictment were, or were intended to be, committed as a part of the conspiracy, and do you unanimously agree on at least two of the same overt acts?

Yes ___✓___                    No _____

**IF YOU ANSWERED "YES," PROCEED TO QUESTION I.B.   IF YOU ANSWERED "NO," PROCEED TO COUNT TWO (II).**

**B.**  How do you find the defendant, Tyrone Johniken, as to the charge of racketeering conspiracy in Count One of the Second Superseding Indictment?

Not Guilty _____          Guilty ___✓___

**IF YOU ANSWERED "NOT GUILTY," PROCEED TO COUNT TWO (II).   IF YOU ANSWERED "GUILTY," PROCEED TO QUESTION I.C.**

**C.**  Answer each of the following three questions:

(1) Do you unanimously agree the conspiracy involved the distribution and/or possession with intent to distribute 280 grams or more of cocaine base ("crack")?

Yes ___✓___                    No _____

(2) Do you unanimously agree the conspiracy involved the distribution and/or possession with intent to distribute one kilogram or more of heroin?

Yes ___✓___                    No _____

1

(3) Do you unanimously agree Cherrie Gammon was murdered, or intended to be murdered, in furtherance of the conspiracy?

Yes __✓__                    No _____

**PROCEED TO COUNT TWO (II).**

## II.   Count Two: Conspiracy to Commit Murder in Aid of Racketeering

How do you find the defendant, Tyrone Johniken, as to the charge of conspiracy to commit murder in aid of racketeering in Count Two of the Second Superseding Indictment?

Not Guilty _____                    Guilty __✓__

**PROCEED TO COUNT THREE (III).**

## III.   Count Three: Conspiracy to Distribute Drugs

**A.**   How do you find the defendant, Tyrone Johniken, as to the charge of conspiracy to distribute drugs or to possess with the intent to distribute drugs as alleged in Count Three of the Second Superseding Indictment?

Not Guilty _____                    Guilty __✓__

**IF YOU ANSWERED "NOT GUILTY," THEN ANSWER NO MORE QUESTIONS AND DIRECT YOUR FOREPERSON TO SIGN AND DATE THIS VERDICT FORM AND ADVISE THE BAILIFF THAT YOU HAVE REACHED A VERDICT. IF YOU ANSWERED "GUILTY," THEN PROCEED TO AND ANSWER QUESTIONS III.B. AND III.C.**

**B.**   Did the conspiracy include distribution and/or possession with intent to distribute cocaine base ("crack")?

Yes __✓__                    No _____

**IF YOU ANSWERED "YES," THEN ANSWER THE ADDITIONAL QUESTIONS IMMEDIATELY BELOW.  IF YOU ANSWERED "NO," THEN PROCEED TO QUESTION III.C.**

How much "crack" did the conspiracy distribute and/or possess with intent to distribute?  Note that you should answer "Yes" to only one of the following three options:

Less than 28 grams                    Yes _____    No __✓__

28 grams to less than 280 grams     Yes _____     No ___✓___

280 grams or more     Yes __✓___     No _____

**PROCEED TO QUESTION III.C.**

**C.** Did the conspiracy include distribution and/or possession with intent to distribute heroin?

Yes __✓___          No _____

**IF YOU ANSWERED "YES," THEN ANSWER THE ADDITIONAL QUESTIONS IMMEDIATELY BELOW.  IF YOU ANSWERED "NO," THEN DIRECT YOUR FOREPERSON TO SIGN AND DATE THIS VERDICT FORM AND ADVISE THE BAILIFF THAT YOU HAVE REACHED A VERDICT.**

How much heroin did the conspiracy distribute and/or possess with intent to distribute?   Note that you should answer "Yes" to only one of the following three options:

Less than 100 grams     Yes _____     No ___✓___

100 grams to less than 1 kilogram     Yes _____     No ___✓___

1 kilogram or more     Yes __✓___     No _____

**DIRECT YOUR FOREPERSON TO SIGN THIS VERDICT FORM AND ADVISE THE BAILIFF THAT YOU HAVE REACHED A VERDICT.**

Signed this _21_ day of November, 2012

**SIGNATURE REDACTED**

Jury Foreperson          /

3