IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-11-426 |
| TYRONE JOHNIKEN, | * | |
| Defendant. | * | |

* * * * * * * * * * * *

### MEMORANDUM ORDER

The Defendant Tyrone Johniken was sentenced to a period of life imprisonment on May 22, 2013. (ECF No. 305.) Defendant has now filed a Motion for Compassionate Release in light of the COVID-19 pandemic. (ECF No. 494.) No hearing is necessary. *See* Local Rules 105.6, 207 (D. Md. 2018). For the reasons set forth below, the Motion will be DENIED.

Pursuant to 18 U.S.C. § 3582(c)(1)(A), a district court may modify a convicted defendant's sentence when "extraordinary and compelling reasons warrant such a reduction." However, a defendant may only move for a reduction under § 3582(c)(1)(A) after he or she "has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or [after] the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Johniken does not claim that he has made the necessary request to the warden of his facility, nor does he attach any records verifying that he made such a request. As such, this Court may not consider his motion.[1]

---

[1] Johniken may renew his motion after satisfying the procedural requirements of § 3582(c)(1)(A). Any renewed motion must be accompanied by medical records demonstrating that Johniken has medical conditions which substantially increase his risk of serious illness from COVID-19. Furthermore, a sentence reduction will only be granted if Johniken demonstrates that the 18 U.S.C. § 3553(a) factors support release. The Court notes that, given the

1

The Court acknowledges the very real danger posed by the COVID-19 pandemic and Johniken's legitimate concerns about his living situation. The Court also commends Johniken on his documented efforts at rehabilitation and encourages him to continue to pursue these efforts. Nevertheless, Johniken's Motion for Compassionate Release (ECF No. 494) is DENIED.

DATED this 28th day of September, 2020.

BY THE COURT:

James K. Bredar
Chief Judge

---

nature of Johniken's crimes, the Court deems it extremely unlikely that he will be able to demonstrate that the § 3553(a) factors support release.